UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF CALIFORNIA,

    Plaintiff(s),

V.                                    CASE NO. 21-11382
                                        HON. LINDA V. PARKER

MARAYASU INDUSTRIES CO., et al.,

    Defendant(s).
    _____ /

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [#2] on June 11, 2021; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

Dated:  June 11, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 11, 2021, by electronic and/or ordinary mail.

                                        s/A. Flanigan
                                        Case Manager